### HODGE *v.* TILL.

LITTLE, J. There being no complaint of the instructions actually given to the jury, and the failure of the court to charge certain propositions set forth in the motion for a new trial not being erroneous, the special grounds of that motion are without merit. This being so, and the verdict being fully warranted by the evidence, the judgment below will not be disturbed.

*Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Submitted March 1, — Decided April 30, 1902.

Complaint. Before Judge Felton. Houston superior court. May 3, 1901.

*R. N. Holtzclaw,* for plaintiff in error. *W. C. Davis,* contra.